UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROB KREWSON,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

CASE NO. C20-6166-BAT

**ORDER REVERSING AND REMANDING FOR FURTHER PROCEEDINGS**

The Court GRANTS the stipulated motion, Dkt. 20, and ORDERS:

1. The Commissioner's final decision is reversed, and the matter is remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

2. On remand, the Commissioner will instruct the administrative law judge (ALJ) to provide Plaintiff the opportunity for a de novo hearing. The ALJ will reevaluate the persuasiveness of the medical opinions under the regulatory factors set out in 20 C.F.R. §§ 404.1520c, 416.920c, and articulate the consistency and supportability for each opinion. In so doing, the ALJ will update the record from Plaintiff's treating sources and will obtain evidence from a psychological or psychiatric expert to clarify the nature and severity of Plaintiff's mental impairments. The ALJ will reevaluate Plaintiff's residual functional capacity. As necessary, the ALJ will obtain supplemental evidence from a vocational expert at Step 5 of the sequential

evaluation process.

3. Plaintiff may be awarded reasonable attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 3rd day of August 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge